**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov



In re:                                          Case No.
Evelyn Aquino                                   Chapter 7

_____ Debtor          /

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

_____ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____ ) _____

__X__ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
___ receives disability payments
___ is unemployed and does not receive unemployment compensation
_x_ receives Social Security payments
_X_ receives a pension
___ does not work outside the home
___ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____ ) _____

_____ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

LF-10 (rev. 12/01/09)                    Page 1 of 2



_____ Copies of payment advices **are not** attached because the joint debtor:
    ____ receives disability payments
    ____ is unemployed and does not receive unemployment compensation
    ____ receives Social Security payments
    ____ receives a pension
    ____ does not work outside the home
    ____ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

_Evelyn Aguirre_          Date: 04/06/2026
Signature of Attorney or Debtor

_____          Date: _____
Signature of Joint Debtor, if applicable

American LegalNet, Inc.
www.FormsWorkFlow.com